IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION
AT MACON, GEORGIA



## MINUTE SHEET MOTION HEARING

| | |
|---|---|
| Date:   October 18, 2017 | Court Time for MJSTAR:/JS10: 1/20 |
| Judge:   **LESLIE J. ABRAMS** | Court Reporter:  Mindy Martin |
| Courtroom Deputy:  Felicia Rushing | Law Clerk: Kristin Royal |

**Case Number:   5:13-cv-306(LJA)**

| | |
|---|---|
| YKK CORPORATION, *et al.* | Counsel: Steven D. Moore<br>David Alan Reed<br>Michael A. Bertelson |
| v. | |
| VELCRO USA INC | Counsel:  Sara C. Fish<br>Christopher O. Green<br>Thad C. Kodish |

Agents:/Experts in Attendance:

*DISCLAIMER:  CONTENTS OF THIS MINUTE SHEET ARE FOR ADMINISTRATIVE PURPOSES ONLY AND ARE NOT MEANT AS A SUBSTITUTION FOR THE    OFFICIAL COURT RECORD.  ATTORNEYS SHOULD CONTACT THE COURT REPORTER AND ORDER A TRANSCRIPT IF THERE ARE ANY QUESTIONS AS TO THE CONTENTS HEREIN.*

11:08   Called to order.  Case called.  Parties identified. Preliminary remarks by the Court.
Discussion re:  motion for reconsideration (Doc. 131).
Mr. Moore made arguments.
Mr. Green responded and requested tendering exhibits on the record.  Mr. Moore objected.
The Court made findings and sustained objection and **DENIED** motion for reconsideration
(Doc. 131).  Mr. Moore made additional arguments.
The Court made additional findings and upheld ruling.
Discussion re: motion to strike (Doc. 143).  The Court made findings and **GRANTED** motion to strike and thereby **STRIKING** motion for summary judgment (Doc. 139).
Discussion re:  motion to exclude (Doc. 137).  Ms. Fish made arguments.  Mr. Moore responded.
The Court reserved ruling on motion to exclude (Doc. 137).
Mr. Moore made additional arguments.  Ms. Fish addressed the Court.
The Court addressed counsel and will reserve ruling.
Discussion re:  description of benefits.  Ms. Fish made arguments.  Mr. Moore responded.
Ms. Fish made additional arguments.  The Court made findings and overruled objection.
Discussion re:  self-alignment benefit.
Ms. Fish made arguments.  Mr. Moore responded.  Ms. Fish responded.
The Court made findings and will not exclude evidence re:  self-alignment benefit.
Discussion re:  reliability of witness.  The Court reserved ruling.

        Mr. Green addressed the Court re:  Plaintiff's supplement expert reports with no motion for leave.
        Mr. Moore responded.   Mr. Green proposed bifurcation of the remedy phase of the trial.
        Mr. Moore will consult with client and respond by Monday.
        Mr. Moore addressed the Court re:  terms of bifurcation.
        The Court instructed the parties to confer on bifurcation and if agreed, supplement pretrial order. If the parties do not agree on bifurcation, the parties will submit a proposal by October 25, 2017 to the Court on how to proceed with the supplemental report and defendant's rights to additional depositions and rebuttal in the time frame prior to the trial date.
        Mr. Green addressed the Court re: motion for leave to supplement expert reports.
        The Court instructed Plaintiff to file motion for leave to supplement expert reports by October 25, 2017.

12:28  Concluded.