IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION
AT ALBANY, GEORGIA



## MINUTE SHEET TELEPHONE CONFERENCE

Date:   October 26, 2017                         Court Time for MJSTAR:/JS10: /10

Judge:  **LESLIE J. ABRAMS**                    Court Reporter:

Courtroom Deputy:  Felicia Rushing              Law Clerk:  Kristin Royal

**Case Number:  5:13cv306(LJA)**

YKK CORPORATION, *et al.*                       Counsel:  David Alan Reed
                                                          Steven D. Moore

v.

VELCRO USA INC, *et al.*                        Counsel:  Sara C. Fish
                                                          Christopher O. Green
                                                          Jacqueline Tio

Agents:/Experts in Attendance:

*DISCLAIMER:  CONTENTS OF THIS MINUTE SHEET ARE FOR ADMINISTRATIVE PURPOSES ONLY AND ARE NOT MEANT AS A SUBSTITUTION FOR THE OFFICIAL COURT RECORD.  ATTORNEYS SHOULD CONTACT THE COURT REPORTER AND ORDER A TRANSCRIPT IF THERE ARE ANY QUESTIONS AS TO THE CONTENTS HEREIN.*

---

10:04   Case called. Counsel introduced. Preliminary remarks by the Court.
        Discussion re: withholding Plaintiff's exhibits produced after close of discovery from November trial. Ms. Fish made arguments. Mr. Reed responded and had no objections.
        The Court instructed the parties to identify the exhibits to be withheld from the November trial.
        Mr. Reed addressed the Court re: location of sample foam cushion and requested it be returned for trial. The Court will make the sample foam cushion available.
        Mr. Reed addressed the Court re: jury instructions deadlines.
        The Court allowed the deadlines for jury instructions to remain the same as stated in order (Doc. 126).
        Ms. Tio addressed the Court re: trial procedures. The Court reviewed trial procedures.
10:14   Concluded.