IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| YKK CORPORATION and | : | |
| YKK (U.S.A.) INC., | : | |
|     Plaintiffs, | : | |
| | : | |
| v. | : | CASE NO.: 5:13-CV-306 (LJA) |
| | : | |
| VELCRO USA INC., and | : | |
| VELCRO CANADA INC., | : | |
|     Defendants. | : | |

_____

## ORDER

Before the Court is the Parties' Joint Motion to Modify Proposed Pretrial Order (Doc. 175). Therein, the Parties move to amend the Pretrial Order (Doc. 127) to include specific procedures pertaining to Exhibit Objections, Exhibit Binders, and Jury Notebooks. For good cause shown, the Parties' Motion is **GRANTED in part** and **DENIED in part**. Accordingly, the Pretrial Order is hereby amended to adopt the procedures set forth by the Parties in their Motion (Doc. 175), with the exception that preliminary jury instructions shall not be included in the jury notebooks.

**SO ORDERED**, this   27th   day of October, 2017.

        /s/ Leslie J. Abrams
**LESLIE J. ABRAMS, JUDGE**
**UNITED STATES DISTRICT COURT**

1