IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION
AT MACON, GEORGIA



## MINUTE SHEET PRETRIAL CONFERENCE

| | |
|---|---|
| Date:   November 3, 2017 | Court Time for MJSTAR:/JS10: 3/10 |
| Judge:  **LESLIE J. ABRAMS** | Court Reporter:  Darlene Fuller |
| Courtroom Deputy:  Felicia Rushing | Law Clerk: Micah Dickie |

**Case Number:   5:13-cv-306(LJA)**

| | |
|---|---|
| YKK CORPORATION, *et al.* | Counsel: Steven D Moore<br>David Alan Reed<br>Courtney S Dabbiere |
| v. | |
| VELCRO USA INC | Counsel:  Sara C Fish<br>Christopher O Green<br>Thad C Kodish<br>Bailey K Benedict<br>Frank E Scherkenbach<br>Jacqueline Tio |

Agents:/Experts in Attendance:

*DISCLAIMER:  CONTENTS OF THIS MINUTE SHEET ARE FOR ADMINISTRATIVE PURPOSES ONLY AND ARE NOT MEANT AS A SUBSTITUTION FOR THE    OFFICIAL COURT RECORD.  ATTORNEYS SHOULD CONTACT THE COURT REPORTER AND ORDER A TRANSCRIPT IF THERE ARE ANY QUESTIONS AS TO THE CONTENTS HEREIN.*

---

2:16   Case called.  Parties identified. Preliminary remarks by the Court.
Discussion re:  motion in limine (Doc. 163).
Counsel made arguments.  The Court made findings and **GRANTED** in part motion in limine (Doc. 163 at 6) and **DENIED** in part motion in limine (Doc. 163 at 1, 2 in part, 3, 4 and 5).  The Court reserved ruling on motion in limine (Doc. 163 at 2 in part and 7) and instructed the Plaintiff to file brief by close of business Monday, November 6, 2017 and Defendant to file response by close of business Tuesday, November 7, 2017.

3:24   Discussion re:  motion in limine (Doc. 161).
Counsel made arguments.  The Court made findings and **DENIED** in part motion in limine (Doc. 161 at 1 in part and 7).  The Court reserved ruling in part motion in limine (Doc. 161 at 1 in part, 2, 3, 4 in part, 9 and 10).  The Court made findings and **GRANTED** in part motion in limine (Doc. 161 at 4 in part, 5 and 6).  Defendant's motion in limine (Doc. 161 at 8) **WITHDRAWN**.

3:54   Discussion re:  plaintiff YKK's notice of high priority objections to defendant Velcro's proposed trial exhibit list and proposed physical trial exhibit list (Doc. 190).
Counsel made arguments.  The Court made findings and **GRANTED** in part plaintiff YKK's notice of high priority objections (Doc. 190 at 1) and **DENIED** in part (Doc. 190 at 3, 4, and 5).

5:13-cv-306 (LJA)                                                                                                         11/03/17
YKK CORPORATION, *et al.* v. VELCRO USA INC                                                        Page 2

|       |   |
|---|---|
|       | The Court reserved ruling on plaintiff YKK's notice of high priority objections (Doc. 190 at 2 and 6). |
| 4:13  | Discussion re: defendants Velcro USA INC. and Velcro Canada INC.'s high priority objections (Doc. 189). Counsel made arguments. The Court made findings and **DENIED** in part defendants Velcro USA INC. and Velcro Canada INC.'s high priority objections (Doc. 189 at 2 in part) and **GRANTED** in part (Doc. 189 at 4 in part). The Court reserved ruling on defendants Velcro USA INC. and Velcro Canada INC.'s high priority objections (Doc. 189 at 1, 3, 4 in part, 7 and 8). Defendant's high priority objections (Doc. 189 at 2 in part, 4 in part, 5, and 6) **WITHDRAWN**. |
| 5:09  | Recessed. |
| 5:17  | Resumed. Expected length of trial 5 days. The Court reviewed trial procedures. |
| 5:34  | Concluded. |