IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION
AT MACON, GEORGIA



## MINUTE SHEET OF COURT PROCEEDING [CONTESTED]

Date:  November 13, 2017                     Hearing Type: Jury Trial-Day 1

Judge:  **LESLIE J. ABRAMS**                 Court Reporter: Darlene Fuller (Ctrm A)

Courtroom Deputy:  Felicia Rushing           Law Clerk:  Kristin Royal

### Case Number: 5:13-cv-306(LJA)

YKK CORPORATION, *et al.*            Counsel:  Steven D Moore
                                               David Alan Reed
                                               Michael A Bertelson
                                               Courtney S Dabbiere

vs.

VELCRO USA INC                       Counsel:  Christopher O Green
                                               Thad C Kodish
                                               Bailey K Benedict
                                               Frank E Scherkenbach
                                               Jacqueline Tio

---

*DISCLAIMER:  CONTENTS OF THIS MINUTE SHEET ARE FOR ADMINISTRATIVE PURPOSES ONLY AND ARE NOT MEANT AS A SUBSTITUTION FOR THE OFFICIAL COURT RECORD.  ATTORNEYS SHOULD CONTACT THE COURT REPORTER AND ORDER A TRANSCRIPT IF THERE ARE ANY QUESTIONS AS TO THE CONTENTS HEREIN.*

*Court time for JS10/MJSTAR:  4/23*

11:06  Called to order.  Roll call.  Panel sworn.  Voir Dire.
12:05  Jury selection.  Jury impaneled.  Jury sworn.  Jury excused.  Matters taken up outside presence of jury.
12:13  Recessed.
1:36   Resumed.  Rule invoked.  Matters taken up outside presence of jury.
1:38   Jury returned.  Jury instructions by the Court.
2:19   Mr. Moore made opening statement.
2:54   Mr. Green made opening statement.
3:24   Jury excused.  Matters taken up outside presence of jury.
3:25   Recessed.

5:13-cv-306 (LJA)  11/13/17
YKK CORPORATION et al v. VELCRO USA INC  Page 2

| Time | Event |
|---|---|
| 3:45 | Resumed. Jury returned. |
| 3:47 | Joint Exhibit J001 admitted. Mr. Moore read stipulation. Jury instructions by the Court. |
| 3:48 | Witness <u>Robert Stamps</u> called. Witness sworn. Mr. Moore direct examination. |
| 4:06 | Mr. Green objected. The Court sustained. Direct examination continued. |
| 4:08 | Mr. Green objected. The Court sustained. Direct examination continued. |
| 4:12 | Mr. Green objected. Sidebar. |
| 4:17 | Direct examination continued. |
| 4:25 | Plaintiffs' Exhibit P119 admitted. Direct examination continued. |
| 4:26 | Plaintiffs' Exhibit P297 admitted. Direct examination continued. |
| 4:28 | Plaintiffs' Exhibit P301 and P302 admitted. Direct examination continued. |
| 4:29 | Mr. Green objected. The Court overruled. Direct examination continued. Mr. Green cross examination. |
| 4:36 | Mr. Moore objected. Objection withdrawn. Cross examination continued. |
| 4:43 | Defendants' Exhibit D257 admitted. Cross examination continued. |
| 4:48 | Defendants' Exhibit D382 admitted. Cross examination continued. |
| 4:49 | Mr. Moore objected. The Court sustained. Cross examination continued. |
| 4:51 | Defendants' Exhibit D189 admitted. Cross examination continued. |
| 5:01 | Mr. Moore objected. The Court sustained. Cross examination continued. |
| 5:03 | Mr. Moore objected. The Court sustained. Cross examination continued. |
| 5:05 | Defendants' Exhibit D199 admitted. Publishing restricted. Cross examination continued. |
| 5:08 | Jury excused. Matters taken up outside presence of jury. |
| 5:12 | Recessed. |