IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION
AT MACON, GEORGIA



## MINUTE SHEET OF COURT PROCEEDING [CONTESTED]

Date:  November 15, 2017                Hearing Type: Jury Trial-Day 3

Judge:  **LESLIE J. ABRAMS**           Court Reporter: Darlene Fuller

Courtroom Deputy:  Felicia Rushing     Law Clerk:  Kristin Royal

### Case Number: 5:13-cv-306(LJA)

| | |
|---|---|
| YKK CORPORATION, *et al.* | Counsel:  Steven D Moore<br>David Alan Reed<br>Michael A Bertelson<br>Courtney S Dabbiere |
| vs. | |
| VELCRO USA INC | Counsel:  Christopher O Green<br>Bailey K Benedict<br>Frank E Scherkenbach<br>Sara Fish<br>Thad C Kodish<br>Jacqueline Tio<br>Lawrence Jarvis |

*DISCLAIMER:  CONTENTS OF THIS MINUTE SHEET ARE FOR ADMINISTRATIVE PURPOSES ONLY AND ARE NOT MEANT AS A SUBSTITUTION FOR THE OFFICIAL COURT RECORD.  ATTORNEYS SHOULD CONTACT THE COURT REPORTER AND ORDER A TRANSCRIPT IF THERE ARE ANY QUESTIONS AS TO THE CONTENTS HEREIN.*

*Court time for JS10/MJSTAR:  5/54*

8:43   Called to order.  Preliminary remarks by the Court.
       Matters taken up outside presence of jury.  Discussion re:  Figure 17.
       The Court made findings and ruled Figure 17 inadmissible.
       Discussion re:  Plaintiffs' Exhibit P091.
       The Court advised that if Plaintiff uses Plaintiffs' Exhibit P091, Defendant will be allowed to explore issues previously excluded in motions in limine.
8:53   Recessed.
9:32   Resumed.  Jury returned.  Direct examination continued.
10:29  Mr. Green cross examination.

| | |
|---|---|
| 5:13-cv-306 (LJA) | 11/15/17 |
| YKK CORPORATION et al v. VELCRO USA INC | Page 2 |

| | |
|---|---|
| 10:35 | Jury excused. |
| 10:37 | Recessed. |
| 10:47 | Resumed.  Jury returned.  Direct examination continued. |
| 10:49 | Mr. Moore objected.  The Court overruled.  Cross examination continued. |
| 11:23 | Mr. Moore objected.  Sidebar.  Cross examination continued. |
| 11:35 | Mr. Moore objected.  The Court sustained.  Cross examination continued. |
| 11:38 | Mr. Moore addressed the Court.  Cross examination continued. |
| 11:41 | Mr. Moore re-direct examination. |
| 11:45 | Sidebar.  Re-direct examination continued. |
| 11:50 | Mr. Green objected.  Sidebar. |
| 11:53 | Jury excused.  Matters taken up outside presence of jury.  Discussion re:  jury instructions. |
| 12:00 | Recessed. |
| 12:49 | Resumed.  Matters taken up outside presence of jury.  Discussion continued. |
| 1:00 | Jury returned.  Jury instructions by the Court.  Mr. Moore re-direct continued. |
| 1:14 | Mr. Green re-cross examination. |
| 1:19 | Jury question to witness. |
| 1:23 | Joint Exhibit J020, J041, J043, J054, J057, J063 and Plaintiffs' Exhibits P087, P095, P301 tendered. |
| 1:24 | Ms. Fish objected to Joint Exhibits J020 and J043.  Joint Exhibits J041, J054, J057, J063 and Plaintiffs' Exhibits P087, P095, P301 admitted.<br>The Court reserved ruling on Joint Exhibits J020 and J043. |
| 1:25 | Plaintiffs rested.  Witness <u>Paul Voight</u> called.  Witness sworn.  Mr. Green direct examination. |
| 1:38 | Defendants' Exhibit D285 admitted.  Direct examination continued. |
| 1:45 | Defendants' Exhibit D53 admitted.  Direct examination continued. |
| 2:11 | Defendants' Exhibit D81 admitted.  Publishing restricted.  Direct examination continued. |
| 2:22 | Plaintiffs' representative Mr. Stamps excused from courtroom. |
| 2:23 | Defendants' Exhibit D78 admitted.  Direct examination continued. |
| 2:31 | Mr. Stamp returned to courtroom.  Direct examination continued. |
| 2:32 | Mr. Moore objected.  Sidebar. |
| 2:35 | Jury excused.  Recessed. |
| 2:52 | Resumed.  Jury returned. |
| 2:55 | Direct examination continued. |
| 3:01 | Mr. Moore objected.  Sidebar.  Direct examination continued. |
| 3:03 | Joint Exhibit J058 admitted.  Direct examination continued. |
| 3:10 | Mr. Moore cross examination. |
| 3:12 | Joint Exhibit J012 admitted.  Cross examination continued. |
| 3:16 | Plaintiffs' Exhibit P274 admitted.  Cross examination continued. |
| 3:22 | Plaintiffs' Exhibit P081 admitted.  Cross examination continued. |
| 3:25 | Sidebar. |
| 3:31 | Cross examination continued. |
| 3:47 | Plaintiffs' Exhibits P267 admitted.  Cross examination continued. |

3:50   Mr. Green re-direct examination.  Witness excused.
3:54   Witness <u>Michael Cina</u> called.  Witness sworn.  Mr. Green direct examination.
4:13   Defendants' Exhibit D3 tendered.  Defendants' Exhibit D3 previously admitted as Joint Exhibit J066.  Direct examination continued.
4:15   Defendants' Exhibit D123 admitted.  Direct examination continued.
4:23   Defendants' Exhibit D5.  Direct examination continued.
4:27   Jury excused.  Matters taken up outside presence of jury.
       Discussion re:  trial logistics and procedures.
4:32   Recessed.