IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION
AT MACON, GEORGIA



## MINUTE SHEET OF COURT PROCEEDING [CONTESTED]

Date:  November 16, 2017                    Hearing Type: Jury Trial-Day 4

Judge:  **LESLIE J. ABRAMS**                Court Reporter: Darlene Fuller

Courtroom Deputy:   Felicia Rushing         Law Clerk:  Kristin Royal

### Case Number: 5:13-cv-306(LJA)

YKK CORPORATION, *et al.*                   Counsel:  Steven D Moore
                                                      David Alan Reed
                                                      Michael A Bertelson
                                                      Courtney S Dabbiere
vs.

VELCRO USA INC                              Counsel:  Christopher O Green
                                                      Bailey K Benedict
                                                      Frank E Scherkenbach
                                                      Sara Fish
                                                      Thad C Kodish
                                                      Jacqueline Tio
                                                      Lawrence Jarvis

*DISCLAIMER:  CONTENTS OF THIS MINUTE SHEET ARE FOR ADMINISTRATIVE PURPOSES ONLY AND ARE NOT MEANT AS A SUBSTITUTION FOR THE OFFICIAL COURT RECORD.  ATTORNEYS SHOULD CONTACT THE COURT REPORTER AND ORDER A TRANSCRIPT IF THERE ARE ANY QUESTIONS AS TO THE CONTENTS HEREIN.*

*Court time for JS10/MJSTAR:  7/05*

8:43   Called to order.  Preliminary remarks by the Court.
       Matters taken up outside presence of jury.  Discussion re:  presentation slides 10 - 29.
       Counsel made arguments.  The Court made findings and presentation slides 10 - 29 are
       admissible.  The Court instructed the parties to prepare jury instructions re:  presentation
       slides 10 - 29.
       Discussion re:  witness proposed testimony.
       Counsel made arguments.  The Court made findings and reserved ruling.
9:22   Jury returned.  Direct examination continued.
9:25   Defendants' Exhibit D7 admitted.

9:30   Defendants' Exhibit D36 admitted.
9:33   Defendants' Exhibit D11 admitted.
9:47   Defendants' Exhibit D81 admitted without objection from Plaintiff to the extent that it is not
         already in evidence.
10:03  Joint Exhibit J007 admitted.
10:06  Defendants' Exhibit D109 admitted.
10:12  Mr. Reed cross examination.
10:22  Mr. Green re-direct examination.
10:23  Mr. Reed re-cross examination.
10:24  The Court reviewed jury questions.  Jury excused.
10:27  Discussion re:  jury questions.  The Court will allow the jury questions with jury
         instructions.
10:40  Discussion re:  witness proposed testimony.
10:56  Recessed.
11:08  Resumed.  Matters taken up outside presence of jury.
11:11  Jury returned.  The Court addressed jury re:  jury questions with jury instructions.
11:15  Witness excused.  Witness Tsuyoshi Minato video deposition published.
11:37  Defendants' Exhibit D189 admitted without objection from Plaintiff to the extent that it is
         not already in evidence.
11:38  Witness Ryuichi Murasaki video deposition published.
11:58  Jury excused.  Matters taken up outside presence of jury.
         Discussion re: witness testimony.
12:25  Recessed.
1:23   Resumed.  Jury returned.  Witness Dr. Haskell Beckham called.  Witness sworn.
         Mr. Kodish direct examination.
1:36   Dr. Beckham admitted as expert witness.  Jury instructions by the Court.  Direct
         examination continued.
1:46   Defendants' Exhibit D276 admitted.  Direct examination continued.
1:48   Defendants' Exhibit D286 admitted.  Direct examination continued.
1:50   Defendants' Exhibit D287 admitted.  Direct examination continued.
1:52   Defendants' Exhibit D288 admitted.  Direct examination continued.
2:23   Mr. Moore objected.  Sidebar.  Direct examination continued.
2:41   Mr. Moore cross examination.
3:08   Jury excused.  Matters taken up outside presence of jury.
         Discussion re:  figure 17.  The Court made findings and upheld previous ruling.
3:17   Recessed.
3:34   Resumed.  Jury returned.  Cross examination continued.
4:15   Mr. Kodish re-direct examination.  Witness excused.
4:18   Jury excused.
         Defendants' Exhibits D005, DP10, DP11, DP16, DP17 and D274 admitted.
         Joint Exhibit J063 withdrawn.
         Joint Exhibit J043 admitted and Plaintiffs' Exhibit J020 withdrawn.
4:27   Recessed.

4:38    Resumed.  Matters taken up outside presence of jury.
        Mr. Moore made oral motion for Rule 50(b).  The Court reserved ruling pending a written
        motion at a later date for consideration.
        Ms. Bailey made oral motion for Rule 50(b).  The Court reserved ruling pending a written
        motion at a later date for consideration.
4:43    Charge conference.
4:56    Recessed.
5:06    Resumed.  Plaintiffs rested.  Defendants rested.  Jury returned.
5:08    Jury instructions by the Court.
5:36    Jury excused.  Matters taken up outside presence of jury.
        Recessed.