IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION
AT MACON, GEORGIA



## MINUTE SHEET OF COURT PROCEEDING [CONTESTED]

Date:  November 17, 2017　　　　　　　　Hearing Type: Jury Trial-Day 5

Judge:  **LESLIE J. ABRAMS**　　　　　　　Court Reporter: Darlene Fuller

Courtroom Deputy:  Felicia Rushing　　　　Law Clerk:  Kristin Royal

### Case Number: 5:13-cv-306(LJA)

| | |
|---|---|
| YKK CORPORATION, *et al.* | Counsel:  Steven D Moore<br>David Alan Reed<br>Michael A Bertelson<br>Courtney S Dabbiere |
| vs. | |
| VELCRO USA INC | Counsel:  Christopher O Green<br>Bailey K Benedict<br>Frank E Scherkenbach<br>Sara Fish<br>Thad C Kodish<br>Jacqueline Tio<br>Lawrence Jarvis |

*DISCLAIMER:  CONTENTS OF THIS MINUTE SHEET ARE FOR ADMINISTRATIVE PURPOSES ONLY AND ARE NOT MEANT AS A SUBSTITUTION FOR THE OFFICIAL COURT RECORD.  ATTORNEYS SHOULD CONTACT THE COURT REPORTER AND ORDER A TRANSCRIPT IF THERE ARE ANY QUESTIONS AS TO THE CONTENTS HEREIN.*

　　　　　　　　　　　　　　　　　　　　　　*Court time for JS10/MJSTAR:*  **2/16**

8:58　Called to order.  Preliminary remarks by the Court.  Matters taken up outside presence of jury.  Discussion re:  demonstrative exhibit.  Discussion re:  verdict form.
9:15　Mr. Reed withdrew Joint Exhibit J063.
9:19　Jury returned.
9:21　Mr. Moore closing argument.
10:03　Mr. Green closing argument.
10:41　Mr. Moore rebuttal argument.
10:53　Jury instructions by the Court.
10:58　Jury excused.

| | |
|---|---|
| 5:13-cv-306 (LJA) | 11/17/17 |
| YKK CORPORATION et al v. VELCRO USA INC | Page 2 |

11:00  Recessed.
12:05  Resumed.  Mr. Reed withdrew Plaintiff's Exhibit P290.  Plaintiff's Exhibit P003, P258 and Joint Exhibit J017 admitted.
12:07  Recessed.
2:41   Resumed.  Jury returned.
2:44   Verdict published in favor of the Defendant.  Jury polled.
2:51   Jury discharged.  Matters taken up outside presence of jury.
       Discussion re: motions to be filed.
2:53   Adjourned.